IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDGARDO SOBRADO RIVERA, | No. 4:23-CV-00566 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| JASEN BOHINSKI,[1] | |
| Respondent. | |

## ORDER

**AND NOW**, this 26th day of March 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Edgardo Sobrado Rivera's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability shall not issue, as Rivera has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Rivera named "Kevin Ransom" as Respondent in this case. However, Rivera is confined at SCI Dallas and Superintendent Kevin Ransom has been replaced by an acting superintendent, so the appropriate Respondent in this matter is Acting Superintendent Jasen Bohinski. *See* 28 U.S.C. § 2242; *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *see also* 28 U.S.C. § 2254 Rule 2(a). The Court will therefore substitute the appropriate Respondent in this matter. *See* FED. R. CIV. P. 25(d).